UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:09CV285

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | **CONSENT JUDGMENT** |
| ) | |
| $7,064.00 IN UNITED STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

WHEREAS, the United States filed a verified complaint on July 14, 2009, for the forfeiture of the defendant property, and this Court issued a warrant for arrest in rem; and,

WHEREAS, on or about July 23, 2009, the United States mailed copies of the complaint and warrant by certified mail, return receipt requested, to Toni Greer (hereinafter "claimant"), as well the other persons listed in the complaint, as the only interested persons known to the government; and,

WHEREAS, on July 22, 2009, in connection with issuing the warrant for arrest in rem, based on an affidavit submitted by Detective Jennifer LaFortune of the Charlotte Mecklenburg Police Department, this Court found probable cause for forfeiture of the defendant property; and,

WHEREAS, the Marshals Service duly executed the warrant for arrest in rem with regard to the defendant property, as shown on the Form USM-285 filed herein on November 17, 2009; and,

WHEREAS, claimant hereby states that she is the sole owner of $6,800.00 of the defendant property; and,

WHEREAS, claimant stipulates that there is probable cause for forfeiture of the defendant property and that the United States District Court for the Western District of North Carolina has in rem jurisdiction over the defendant property; and,

WHEREAS, the parties have agreed to forfeiture of $264.00 of the defendant property, with the remaining $6,800.00 to be returned to claimant, in full settlement of all claims herein; and,

WHEREAS, claimant hereby releases and forever discharges the United States, its agents, servants and employees, its successors or assigns, and all state or local governmental entities or law enforcement agencies in North Carolina and their agents, servants and employees, their heirs, successors, or assigns, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which claimant or her heirs, successors, or assigns ever had, now have, or may have in the future in connection with this investigation, seizure, detention, and forfeiture; and,

WHEREAS, the parties consent to the United States Magistrate Judge conducting all proceedings, including entry of this Consent Judgment, pursuant to 28 U.S.C. §636(c);

THE COURT FINDS THAT:

    1. A verified complaint for forfeiture in rem of the defendant property was filed on July 14, 2009. This Court found probable cause for forfeiture and issued a warrant for arrest in rem.

    2. Process was fully issued in this action and returned according to law.

    3. The parties have agreed to the forfeiture of the sum of $264.00, with the remaining $6,800.00 to be returned to claimant, in full settlement of this case.

    4. The actions taken by the United States were reasonable and proper.

Based on the foregoing findings, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

    1. The sum of $264.00 is forfeited to the United States, to be disposed of according to law.

    2. The remaining $6,800.00 shall be returned to claimant.

    2. Each party is to bear its own costs of this action, including attorneys fees.

Signed this the 19th day of January, 2010.

_____
UNITED STATES _____ JUDGE

ON MOTION OF AND WITH CONSENT OF THE PARTIES:

FOR THE UNITED STATES OF AMERICA:

    EDWARD R. RYAN
    United States Attorney

    By: _____ Date: Jan. 16, 2010
    WILLIAM A. BRAFFORD
    Assistant United States Attorney

_____ Date: 1/7/10
TONI GREER
Claimant

_____ Date: 1/7/10
BRENT WALKER
Attorney for Claimant